UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
================================

CARL PALADINO,
BAP GROUP, INC.,

                    Plaintiffs,

    v.

KEVIN P. BRUEN, in his official capacity as
Superintendent of the New York State Police,
JOHN C. GARCIA, in his official capacity as
Sherriff of Erie County,
JOHN GRAMAGLIA, in his official capacity as
Commissioner of Buffalo Police Department,

                    Defendants.
================================

**STIPULATION EXTENDING
TIME TO RESPOND TO
AMENDED COMPLAINT**

22-cv-541-JLS

        It is hereby stipulated and agreed, by and between the undersigned counsel,

that the time for defendant, Joseph Gramaglia (incorrectly sued herein as John Gramaglia), in

his official capacity as Commissioner of Buffalo Police Department (Commissioner

Gramaglia), to respond to plaintiffs' amended complaint (Dkt. 5) is extended through

October 3, 2022.

Dated:      Buffalo, New York
            July 22, 2022

s/Paul J. Cambria, Jr., Esq.
Lipsitz Green Scime Cambria LLP
Attorneys for Plaintiffs
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
pcambria@lglaw.com

s/David M. Lee
Assistant Corporation Counsel, of Counsel to
Cavette A. Chambers, Corporation Counsel
City of Buffalo Department of Law
Attorneys for Commissioner Gramaglia
65 Niagara Square, 1104 City Hall
Buffalo, New York 14202
(716) 851-9691
dlee@city-buffalo.com