**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**CARL PALADINO,**
**BAP GROUP, INC.,**

                           **Plaintiffs,**

          **v.-**

**KEVIN P. BRUEN, in his official capacity as**
**Superintendent of the New York State Police,**
**JOHN C. GARCIA, in his official capacity as**
**Sheriff of Erie County,**
**JOHN GRAMAGLIA, in his official capacity as**
**Commissioner of Buffalo Police Department,**

                         **Defendants.**
_____

**STIPULATION EXTENDING**
**TIME TO RESPOND TO**
**AMENDED COMPLAINT**

**No. 22-CV-541-JLS**

       It is hereby stipulated and agreed, by and between the undersigned counsel, that the time for defendant, Kevin P. Bruen, in his official capacity as Superintendent of the New York State Police, to answer or respond to plaintiffs' amended complaint is extended through October 3, 2022.

**DATED:**      Buffalo, New York
                August 1, 2022


*s/Paul J. Cambria, Jr., Esq.*
Lipsitz Green Scime Cambria LLP
Attorneys for Plaintiffs
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
pcambria@lglaw.com

*s/ Kathleen M. Kaczor*
Assistant Attorney General, of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8485
Kathleen.Kaczor@ag.ny.gov