UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CARL PALADINO, and
BAP GROUP, INC.,

       Plaintiffs,

vs.

KEVIN P. BRUEN, et al.

       Defendants.

**NOTICE OF MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

Civil Action No. 22-cv-00541

**PLEASE TAKE NOTICE**, that Defendant Kevin P. Bruen, by his attorney, LETITIA JAMES, Attorney General of the State of New York, Daniel R. Maguire, Assistant Attorney General, of counsel, will move this Court before the Honorable John L. Sinatra, Jr. at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, NY 14202, at a time and date set by the Court, to extend the date for Defendant Kevin Bruen to answer Plaintiffs' Amended Complaint to December 2, 2022.

DATED:    Buffalo, New York
               September 22, 2022

                                       LETITIA JAMES
                                       Attorney General of the State of New York
                                       Attorney for Defendants

                                       BY:  *s/ Daniel R. Maguire*
                                       Daniel R. Maguire
                                       Assistant Attorney General, of Counsel
                                       350 Main Street
                                       Main Place Tower, Suite 300A
                                       Buffalo, New York 14202
                                       (716) 853-8419
                                       Daniel.Maguire@ag.ny.gov