UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
================================
CARL PALADINO,
BAP GROUP, INC.,

                Plaintiffs,

    v.

KEVIN P. BRUEN, in his official capacity as
Superintendent of the New York State Police,
JOHN C. GARCIA, in his official capacity as
Sherriff of Erie County,
JOHN GRAMAGLIA, in his official capacity as
Commissioner of Buffalo Police Department,

                Defendants.
================================

**STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

22-cv-541-JLS

It is hereby stipulated and agreed, by and between the undersigned counsel, that the time for defendant, Joseph Gramaglia (incorrectly sued herein as John Gramaglia), in his official capacity as Commissioner of Buffalo Police Department (Commissioner Gramaglia), to respond to plaintiffs' amended complaint (Dkt. 5) is extended through December 2, 2022.

Dated:      Buffalo, New York
             September 23, 2022

| | |
|---|---|
| s/Paul J. Cambria, Jr., Esq. | s/David M. Lee |
| Lipsitz Green Scime Cambria LLP | Assistant Corporation Counsel, of Counsel to |
| Attorneys for Plaintiffs | Cavette A. Chambers, Corporation Counsel |
| 42 Delaware Avenue, Suite 120 | City of Buffalo Department of Law |
| Buffalo, New York 14202 | Attorneys for Commissioner Gramaglia |
| (716) 849-1333 | 65 Niagara Square, 1104 City Hall |
| pcambria@lglaw.com | Buffalo, New York 14202 |
| | (716) 851-9691 |
| | dlee@city-buffalo.com |