UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CARL PALADINO,
BAP GROUP, INC.,

                      Plaintiffs,

KEVIN P. BRUEN, in his official capacity as Superintendent of the New York State Police,
JOHN C. GARCIA, in his official capacity as Sheriff of Erie County,
JOHN GRAMAGLIA, in his official capacity as Commissioner of Buffalo Police Department,

                      Defendants.

**STIPULATION OF DISMISSAL**

No. 22-CV-541-JLS

---

The parties appearing in this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**DATED:**    Buffalo, New York
                      October 11, 2022

| | |
|---|---|
| *s/Paul J. Cambria, Jr.* | *s/ Kathleen M. Kaczor* |
| Paul J. Cambria, Jr. | Kathleen M. Kaczor |
| Lipsitz Green Scime Cambria LLP | Office of Attorney General |
| 42 Delaware Avenue, Suite 120 | Main Place Tower, Suite 300A |
| Buffalo, New York 14202 | 350 Main Street |
| (716) 849-1333 | Buffalo, New York 14202 |
| pcambria@lglaw.com | (716) 853-8485 |
| *Attorneys for Plaintiffs* | Kathleen.Kaczor@ag.ny.gov |
| | *Attorneys for Defendant Kevin P. Bruen* |

<u>s/Kenneth R. Kirby</u>
County of Erie, Department of Law
95 Franklin Street
Suite 1634
Buffalo, New York 14202
716-858-2226
Kenneth.kirby@erie.gov
*Attorneys for Defendant John C. Garcia*

<u>s/David M. Lee</u>
Corporation Counsel for the
City of Buffalo
1100 City Hall
65 Niagara Square
Buffalo, New York 14202
716-851-9691
dlee@city-buffalo.com
*Attorneys for Defendant John Gramaglia*